**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa L. Cook, | No. CV-22-08104-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Peak Endeavors LLC, *et al.*, | |
| Defendants. | |

At issue is Plaintiff/Judgment Creditor/Garnishor Melissa L. Cook's Notice of Lodging Form of Order (Doc. 22). Plaintiff wholly disregarded the Court's prior Order on this issue (Doc. 18), which stated that a nearly identical filing by Plaintiff was both procedurally and substantively improper. Instead, Plaintiff has re-filed an improper Notice, this time basing it on a supposed "withdrawal" (Doc. 21) of her objection (Doc. 7) to Garnishee Aegis Security Insurance Company's Answer (Doc. 4). Because Plaintiff appears unwilling or incapable of complying with the Court's directives as set forth in the prior Order (Doc. 18), the Court will seek Aegis Security Insurance Company's response to Plaintiff's latest filing (Doc. 22).

**IT IS THEREFORE ORDERED** that Garnishee Aegis Security Insurance Company shall file a response to Plaintiff/Judgment Creditor/Garnishor Melissa L. Cook's Notice of Lodging Form of Order (Doc. 22) by August 23, 2022.

Dated this 9th day of August, 2022.

Honorable John J. Tuchi
United States District Judge